FILED
2010 MAR -9 AM 10:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) SA CR No. SACR10-0046 |
|---|---|
| Plaintiff, | ) <u>I N F O R M A T I O N</u> |
| v. | ) |
| PETER H. NORELL, JR., | ) [18 U.S.C. § 1030(a)(2)(B) – Illegal Access of Government Agency Computer] |
| Defendant. | ) |

The United States Attorney charges:

From between on or about August 23, 2005, to on or about September 2, 2005, in Orange County within the Central District of California, the defendant,

PETER H. NORELL, JR.,

did intentionally access a computer of the Federal Bureau of Investigation in excess of his authorization to do so as a Special Agent of the Federal Bureau of Investigation and, by accessing the computer in excess of his authorization, did obtain information from a department and agency of the United States, namely, the Federal

///
///

Bureau of Investigation, in violation of Title 18, United States Code, Section 1030(a)(2)(B), a Class A misdemeanor.

ERIC H. HOLDER
Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN J. STRETCH
Assistant United States Attorney
Chief, Criminal Division

TRACIE L. BROWN (Cal. State Bar No. 184339)
JEFFREY R. FINIGAN (Cal. State Bar No. 168285)
Assistant United States Attorneys
White Collar Crimes Section